**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
KEVIN COX

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN COX,<br><br>        Plaintiff,<br><br>     vs.<br><br><br>PIONEER BLVD. REAL ESTATE CORP.; and DOES 1 to 10,<br><br>        Defendants. | **Case No.: 2:22-cv-06539 MCS (AGRx)**<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff KEVIN COX ("Plaintiff") and Defendant PIONEER BLVD. REAL ESTATE CORP. ("Defendant") stipulate and jointly request that this Court enter a dismissal with prejudice as to the entire above-entitled action, in its entirety. The parties shall each bear their own attorney's fees and costs.

Respectfully submitted,

DATED: March 15, 2023        SO. CAL. EQUAL ACCESS GROUP

By: /s/ Jason J. Kim
    Jason J. Kim
    Attorneys for Plaintiff

DATED: March 17, 2023

By: /s/ Sanjay Sabarwal
    Sanjay Sabarwal, Esq.

Attorneys for Defendant PIONEER BLVD REAL ESTATE CORP.

Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 17, 2023        By: /s/ Jason J. Kim
                                 Jason J. Kim